# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Jan M. Blase,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-3311-CV-S-JTM |
| | ) |
| **City of Neosho, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# ORDER

For good cause shown, it is

**ORDERED** that defendants' *Amended Motion To Substitute Parties* [Doc. 16] is **GRANTED**. Accordingly the Clerk of the Court shall substitute Steve Hart for Defendant Heather Bowers; Charles Collinsworth for Defendant Matt Persinger; and David Ruth for Defendant Christopher Wright.

                                       */s/ John T. Maughmer*
                                       **JOHN T. MAUGHMER**
                                       **U. S. MAGISTRATE JUDGE**