# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Jan M. Blase,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-3311-CV-S-JTM |
| | ) |
| **City of Neosho,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is *Plaintiff's Motion To Enforce The Court's Order Of October 30, 2012,* filed December 4, 2013 [Doc. 54]. On September 10, 2014, the Court held a telephone conference with counsel for the parties with regard to plaintiff's motion. In accordance with the discussion during the telephone conference, and for good cause shown,1

For good cause shown, it is

**ORDERED** that *Plaintiff's Motion To Enforce The Court's Order Of October 30, 2012,* filed December 4, 2013 [Doc. 54] is **GRANTED**. Accordingly, plaintiff is awarded $14,459.52, the reasonable value of 12 months of health care premiums for health care coverage for himself and his dependents.

                                                                    */s/ John T. Maughmer*
                                                                   **JOHN T. MAUGHMER**
                                                                  **U. S. MAGISTRATE JUDGE**

---

1       Attachments 1 and 2, the affidavits appended to a September 24, 2014 email to the Court and opposing counsel, provide sufficient evidence of the non-insured status of plaintiff during the 12 months following the termination of this employment by the City of Neosho.